**Order entered January 23, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00799-CV

### JONATHAN CORNWELL AND SHADD MCKINNEY, Appellants

### V.

### DIANA SCOTHORN, STEWART SCOTHORN, THE BENEFIT LINK, INC., AND SCOTHORN AERO, INC., Appellees

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-05287-2016**

## ORDER

Before the Court is appellants' January 18, 2019 unopposed motion for an extension of time to file a reply brief. We **GRANT** appellants' motion and **ORDER** appellants to file their reply brief by **February 22, 2019**.

/s/    ERIN A. NOWELL
          JUSTICE